## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                                    **CASE NO: 6:23-CR-60017**

**ADAM DIGIACOMO**                                                                              **DEFENDANT**

## ORDER OF DETENTION

The Defendant appeared for initial appearance on Probation Petitions/Orders filed in this case on 09/08/2025, 10/09/2025, 11/10/2025, and 11/14/2025 ECF Nos. [28, 41, 42, 43]. The Government requested pre-trial detention at the time of the hearing. The Court explained to the Defendant the right to a hearing to consider the issue of pretrial release or detention. The Defendant waived the right to an immediate detention hearing but reserved the right to a hearing on the issue of detention at a later date. Defendant's counsel is instructed to notify the Court when this matter is ready for a detention hearing.

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court **ORDERS** as follows:

The Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel. The United States Marshal shall deliver the Defendant to Court for the purpose of an appearance in connection with this case or as otherwise directed.

**SIGNED** this **19th day of NOVEMBER, 2025.**

HONORABLE SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE