IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

v.                          Case No. 6:23-cr-60017

ADAM DIGIACOMO                                              DEFENDANT/MOVANT

### ORDER

Before the Court is the Report and Recommendation filed November 24, 2025, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 54). In his Report and Recommendation, Judge Singleton explains that Judge Ford, to whom the motion was initially referred, found that Movant Adam Digiacomo's section 2255 motion was deficient because it was not on the standard form, did not contain a statement of relief requested, and was not signed under penalty of perjury by Movant. (ECF No. 37). To date, Movant has not filed a new section 2255 motion or otherwise responded to the Court's order. Thus, Judge Singleton recommends that Movant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 35) should be denied for failure to follow a Court order and failure to prosecute.

Movant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation (ECF No. 54) *in toto*. Movant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 35) is hereby **DENIED**.

**IT IS SO ORDERED**, this 19th day of February, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge